# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| TERRANCE J. FEASTER, | : | Case No. 1:22-cv-453 |
| | : | |
| Plaintiff, | : | |
| | : | District Judge Susan J. Dlott |
| vs. | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| ANNETTE CHAMBERS-SMITH, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## CALENDAR ORDER

This matter shall proceed as follows:

1. Motions to Amend the Pleadings and/or Add Additional Parties: **May 16, 2024**

2. Discovery Deadline: **October 16, 2024**

3. Dispositive Motion Deadline: **November 18, 2024**

Final pretrial conference and trial dates shall be set if necessary after all dispositive motions have been ruled on.

**IT IS SO ORDERED.**

April 16, 2024

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge