# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| TERRANCE J. FEASTER, | : | Case No. 1:22-cv-453 |
| Plaintiff, | : | |
| vs. | : | District Judge Susan J. Dlott |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| ANNETTE CHAMBERS-SMITH, *et al.*, | : | |
| Defendants. | : | |

## ORDER

This case is before the Court upon *pro se* Plaintiff's Motion Compelling Service. (Doc. #30). Plaintiff requests an order directing service upon Defendant Mahlman. *Id.*

On March 19, 2024, the undersigned directed the United States Marshal to serve Defendant Linnea Mahlman at the address listed in the Notice of Record filed under seal. (Doc. #37). On April 15, 2024, the summons was returned executed as to Defendant Mahlman.[1] (Doc. #40). Shortly thereafter, on May 2, 2024, Defendant Mahlman filed her Answer. (Doc. #42).

Accordingly, as service has been perfected, Plaintiff's Motion Compelling Service (Doc. #30) is **DENIED AS MOOT**.

    **IT IS SO ORDERED**.

July 25, 2024

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge

---

[1] In accordance with the Court's Order, this was docketed under seal, as it contains Defendant Mahlman's home address.