IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Terrance J. Feaster, | : | |
| | : | Case No. 1:22-cv-453 |
| Plaintiff, | : | |
| | : | Judge Susan J. Dlott |
| v. | : | |
| | : | Order Adopting Report and |
| Annette Chambers-Smith, *et al.*, | : | Recommendation and Denying Motion |
| | : | for Sanctions |
| Defendants. | : | |

This matter is before the Court on the Report and Recommendation (Doc. 43) entered by

Magistrate Judge Peter B. Silvain, Jr. recommending that Plaintiff's Motion for Sanctions (Doc.

26) be denied. Plaintiff sought sanctions under Federal Rule of Civil Procedure 11(b) against

defense counsel D. Chadd McKitrick asserting that he misrepresented whether he represented

Defendant Greg Holdren. Plaintiff did not specify the nature of the sanctions sought. The

Magistrate Judge determined that sanctions were not appropriate. Plaintiff did not file

objections.

Title 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b)(1) authorize

magistrate judges to make recommendations concerning dispositive motions that have been

referred to them. Courts in the Sixth Circuit have treated Rule 11 motions for sanctions as

dispositive for purposes of § 636(b)(1)(B). *See Annabel v. Erichsen*, No. 15-10345, 2018 WL

4854098, at *1 (E.D. Mich. June 1, 2018), *report and recommendation adopted*, 2018 WL

3751445 (E.D. Mich. Aug. 8, 2018); *Nisus Corp. v. Perma-Chink Sys., Inc.*, No. 3:03-CV-120,

2006 WL 8442853, at *5 (E.D. Tenn. Aug. 1, 2006). When no objections are filed, "[t]here is no

indication that Congress, in enacting § 636(b)(1)(C), intended to require a district judge to

review [the] magistrate's report." *Thomas v. Arn*, 474 U.S. 140, 152 (1985); *see also Weir v.*

*Centurion*, No. 3:19-CV-00131, 2021 WL 5165930, at *1 (M.D. Tenn. Nov. 5, 2021) ("The

district court is not required to review, under a de novo or any other standard, those aspects of

the report and recommendation to which no objection is made."). Still, some district courts

follow the Advisory Committee Notes to Rule 72(b) and review the report and recommendation

for clear error. *See e.g.*, *Roane v. Warden of Corr. Reception Ctr.*, No. 2:22-CV-2768, 2022 WL

16535903, at *1 (S.D. Ohio Oct. 28, 2022); *Lassiter v. Dullaghan*, No. 1:10-CV-010, 2011 WL

110259, at *1 (S.D. Ohio Jan. 13, 2011). "The district judge may accept, reject, or modify the

recommended disposition; receive further evidence; or return the matter to the magistrate judge

with instructions." Fed. R. Civ. P. 72(b)(3); *see also* 28 U.S.C. § 636(b)(1) (substantively

similar).

The Court reviewed the parties' filings on this matter and concludes that the Magistrate

Judge made no clear error in finding that Rule 11 sanctions are inappropriate here. Accordingly,

the Report and Recommendation (Doc. 43) is **ADOPTED**, and the Motion for Sanctions (Doc.

26) is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

Susan J. Dlott
United States District Judge

2