# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| TERRANCE J. FEASTER, | : | Case No. 1:22-cv-453 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | District Judge Susan J. Dlott |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| ANNETTE CHAMBERS-SMITH, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

This case is before the Court upon Plaintiff's Motions for Extension of Time (Doc. #s 68-69) and Defendants' Unopposed Motion for Extension of Time (Doc. #70).

In Defendants' Unopposed Motion, they request to extend the discovery deadline sixty (60) days, until April 18, 2025. (Doc. #70). For good cause shown, Defendants' Motion (Doc. #70) is hereby **GRANTED**. The discovery deadline is extended to **April 18, 2025**.

In Plaintiff's first Motion, he requests extensions of the discovery and dispositive motion deadlines. (Doc. #68, *PageID* #476). As the discovery deadline is extended to April 18, 2025, Plaintiff's request to extend the dispositive motion deadline is likewise **GRANTED**. The dispositive motion deadline is extended to **May 23, 2025**.

Further, Plaintiff requests a twenty-one-day extension of time to file his reply to Defendants' Response in Opposition (Doc. #65). (Doc. #68, *PageID* #476). Plaintiff's request for an extension of time to file a reply is **GRANTED**. Accordingly, Plaintiff's reply to Defendants' Response in Opposition (Doc. #65) is due **March 6, 2025**.

In his second Motion, Plaintiff seeks an extension of time to reply to Defendants' Motions for Extension of Time (Doc. #s 60, 64).  (Doc. #69, *PageID* #485).  However, the undersigned granted Defendants' Motions on February 4, 2025.  (Doc. #66).  Accordingly, Plaintiff's Motion for Extension of Time (Doc. #69) is **DENIED** as moot.

**IT IS SO ORDERED**.

February 20, 2025                                    *s/Peter B. Silvain, Jr.*
                                                     Peter B. Silvain, Jr.
                                                     United States Magistrate Judge