UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| TERRANCE J. FEASTER, | : | Case No. 1:22-cv-453 |
| Plaintiff, | : | |
| vs. | : | District Judge Susan J. Dlott |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| ANNETTE CHAMBERS-SMITH, *et al.*, | : | |
| Defendants. | : | |

**ORDER**

This case is before the Court upon Plaintiff's "Notice of Verification" (Doc. #74). Plaintiff "moves the Court to verify complaint (Doc. #1) and attached exhibits as well as (Docs. #53, #54, and #59) to be entered related as a 'Motion For Preliminary Injunction and Temporary Restraining Order['] enjoining the names mentioned therein with defendants in this matter with attached exhibits, pursuant to 28 U.S.C. § 1746." (Doc. #74, *PageID* #525).

To the extent that Plaintiff is requesting that the Court consider Plaintiff's proposed "Order to Show Cause for a Preliminary Injunction and Temporary Restraining" (Doc. #53), Plaintiff's "Declaration and Memorandum in Support to Order for Preliminary Injunction and Temporary Restraining" (Doc. #54), and Plaintiff's Exhibits in Support (Doc. #s 59-1 – 59-9) together as a request for a preliminary injunction and/or temporary restraining order, the Court will do so in a separate Report and Recommendation.

To the extent that Plaintiff seeks to verify his Complaint, Plaintiff included a Declaration with his Complaint, where he attests "by penalty of perjury under the Laws of the United States Constitution that [his] Complaint is True and correct." (Doc. #4, *PageID* #52). He includes similar

Case: 1:22-cv-00453-SJD-PBS Doc #: 87 Filed: 09/18/25 Page: 2 of 2  PAGEID #: 681
language in his "Declaration and Memorandum in Support to Order for Preliminary Injunction and Temporary Restraining," (Doc. #54, *PageID* #318), and Motion for Leave to Add Plaintiff's Exhibits, (Doc. #59, *PageID* #343). Accordingly, Plaintiff's request to verify such documents (Doc. #74) is **DENIED AS MOOT**.

    **IT IS SO ORDERED**.

September 18, 2025

s/*Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge