# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| TERRANCE J. FEASTER, | : | Case No. 1:22-cv-453 |
| Plaintiff, | : | |
| vs. | : | District Judge Susan J. Dlott |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| ANNETTE CHAMBERS-SMITH, *et al.*, | : | |
| Defendants. | : | |

## ORDER

This case is before the Court upon Plaintiff's Motion for Extension of Time (Doc. #89).

Plaintiff requests a twenty-one-day extension of time to file objections to the undersigned's September 18, 2025 Order regarding Plaintiff's motions to compel (Doc. #85).  (Doc. #89)

For good cause shown, Plaintiff's Motion for Extension of Time (Doc. #89) is hereby **GRANTED**.  Accordingly, Plaintiff's objections to the undersigned's September 18, 2025 Order regarding Plaintiff's motions to compel (Doc. #85) are due on or before **October 28, 2025**.

**IT IS SO ORDERED**.

October 7, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge