**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| TERRANCE J. FEASTER, | : | Case No. 1:22-cv-453 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | District Judge Susan J. Dlott |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| ANNETTE CHAMBERS-SMITH, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

---

### ORDER

---

This matter is before the Court on Plaintiff's Motion for Informal Discovery Conference and Status Report. (Doc. #97).  In his Motion, Plaintiff requests a teleconference with the undersigned to discuss the status of the case.  *Id*.  Defendants do not oppose Plaintiff's motion. (Doc. #98). For good cause shown, Plaintiff's Motion (Doc. #97) is **GRANTED**.

Accordingly, Southern Ohio Correctional Facility shall make Terrance J. Feaster, #A551840, available for a teleconference on **Monday, January 26, 2026,** at **2:00 p.m**. The teleconference shall proceed under the terms and conditions set by the rules of the Southern Ohio Correctional Facility and on the following conditions:

1. Counsel for Defendants must immediately contact the appropriate officials at the Southern Ohio Correctional Facility (i) to finalize and otherwise arrange for Plaintiff to be present and able to participate in the teleconference on **Monday, January 26, 2026,** at **2:00 p.m.** and (ii) to effect advanced notice to Plaintiff of the date and time when the call will occur; and

2. Please call 1-669-216-1590. The Meeting ID is 160 050 0098. The passcode is 488395. If the parties have any questions, please call Chambers at 937-512-1620.

**IT IS SO ORDERED.**

December 30, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge