# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| TERRANCE J. FEASTER, | : Case No. 1:22-cv-453 |
| Plaintiff, | : |
| vs. | : District Judge Susan J. Dlott |
| | : Magistrate Judge Peter B. Silvain, Jr. |
| ANNETTE CHAMBERS-SMITH, *et al.*, | : |
| Defendants. | : |

## ORDER

This case is before the Court upon Plaintiff's Motions to Stay Discovery and Dispositive Motion Deadlines (Doc. #s 91, 93), Plaintiff's Motion for Extension of Time (Doc. #94), Plaintiff's Motion for Leave to File Objections to Order Denying Plaintiff's Motion to Compel (Doc. #95); Defendants' Motion to Extend Dispositive Motion and Discovery Deadlines & Response to Plaintiff's Motion for Leave to File Objections (Doc. #96), and Plaintiff's Motion for Extension of Time (Doc. #101).

The undersigned held a discovery teleconference on January 26, 2026.  Plaintiff Terrance J. Feaster appeared *pro se*, and Brandon Kennedy appeared on behalf of Defendants.  The undersigned discussed the above motions with the parties.

As discussed during the teleconference, Plaintiff's Motions to Stay Discovery and Dispositive Motion Deadlines (Doc. #s 91, 93) are hereby **DENIED**.  To the extent that Plaintiff seeks to amend or correct his motions to compel, his request is **DENIED**.  However, Defendants are **DIRECTED** to provide Plaintiff a list[1] of the disputed discovery requests and Defendants'

---

[1] Defendants shall also file a notice on the docket with the attached list.

reasoning for declining to provide the requested documents or information. Plaintiff is then permitted to file **one** motion to compel regarding the disputed discovery requests. Plaintiff's motion to compel should be limited only to the matters of discovery at issue in Defendants' list.

Moreover, to allow the parties to resolve their discovery disputes, Defendants' Motion to Extend Dispositive Motion and Discovery Deadlines (Doc. #96) is hereby **GRANTED**. The discovery deadline is extended to **April 27, 2026**, and the dispositive motion deadline is extended to **May 27, 2026**. No further extensions will be granted absent extraordinary circumstances.

Plaintiff has also requested additional time to file objections to the Court's September 18, 2025 Order (Doc. #85). However, Plaintiff did not file these requests until long after the Order was issued. Accordingly, Plaintiff's Motion for Extension of Time (Doc. #94) and Plaintiff's Motion for Leave to File Objections to Order Denying Plaintiff's Motion to Compel (Doc. #95) are hereby **DENIED**.

Finally, Plaintiff requests additional time to file objections to the December 30, 2025, Report and Recommendations (Doc. #99). Plaintiff's Motion for Extension of Time (Doc. #101) is hereby **GRANTED**. Plaintiff's objections to the December 30, 2025, Report and Recommendations (Doc. #99) are due on or before **February 13, 2026**. As noted during the teleconference, no further extensions will be granted absent extraordinary circumstances.

IT IS SO ORDERED.

January 28, 2026

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge

2