UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| TERRANCE J. FEASTER, | : Case No. 1:22-cv-453 |
| Plaintiff, | : |
| vs. | : District Judge Susan J. Dlott |
| | : Magistrate Judge Peter B. Silvain, Jr. |
| ANNETTE CHAMBERS-SMITH, *et al.*, | : |
| Defendants. | : |

# ORDER

This case is before the Court upon Plaintiff's Motion for Reconsideration for Appointment of Counsel. (Doc. #83). In his Motion, Plaintiff requests appointment of counsel, alleging that the conditions at Southern Ohio Correctional Facility are worse than when he filed this case. *Id.* at 663. He also indicates that he has filed grievances and attempted to confer with Defendants' counsel, B. Alexander, to redress or resolve his issues but has been unsuccessful. *Id.*

Plaintiff previously requested appointment of counsel in March 2023. (Doc. #9). In October 2023, the Court denied Plaintiff's request. (Doc. #17).

The United States Constitution does not require the appointment of counsel for indigent plaintiffs in civil cases such as this, and Congress has not provided funds with which to compensate attorneys who might agree to represent those plaintiffs. Moreover, there are not enough attorneys who can absorb the costs of representing persons on a voluntary basis to permit the Court to appoint an attorney for all who file cases on their own behalf.

The Court makes every effort to appoint counsel in civil cases which proceed to trial and in exceptional circumstances will attempt to appoint counsel at an earlier stage of a civil case. *See Lavado v. Keohane*, 992 F.2d 601, 605-06 (6th Cir. 1993).

To date, Plaintiff has adequately represented himself in this matter. Moreover, Plaintiff has failed to demonstrate the type of exceptional circumstances that would justify the rare appointment of free counsel for a *pro se* civil litigant.

Accordingly, Plaintiff's Motion for Reconsideration for Appointment of Counsel (Doc. #83) is **DENIED**.

**IT IS SO ORDERED.**

January 28, 2026                                                         *s/Peter B. Silvain, Jr.*
                                                                          Peter B. Silvain, Jr.
                                                                          United States Magistrate Judge