**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| TERRANCE J. FEASTER, | : | Case No. 1:22-cv-453 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | District Judge Susan J. Dlott |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| ANNETTE CHAMBER-SMITH, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

---

### NOTICE TO PRO SE PLAINTIFF OF MOTION FOR SUMMARY JUDGMENT

---

You are hereby notified that Defendants Greg Holdren, David Conley, and Linnea Mahlman filed a Motion for Summary Judgment on May 27, 2026.  (Doc. #115).  You should receive a copy of the Motion directly from Defendants.

Your response must be filed with the Court not later than **June 17, 2026**.  *See* S.D. Ohio Civ. R. 7.2(a).  If you fail to file a timely response, Defendants' Motion for Summary Judgment may be granted and your case dismissed.


May 28, 2026

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge